IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEST SOLUTION EXPRESS INC.,<br><br>Plaintiff,<br>v.<br><br>KINSALE INSURANCE COMPANY and COALITION INSURANCE SOLUTIONS, INC.,<br><br>Defendants. | No. 1:25-cv-03367 |

## NOTICE OF DISMISSAL OF KINSALE INSURANCE COMPANY

NOW COMES Plaintiff, BEST SOLUTION EXPRESS INC., by and through its attorney, Adam C. Konopka of The Chartwell Law Offices, LLP, and in support of its Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) states as follows:

Kinsale Insurance Company has not filed an Answer or motion for summary judgment.

Plaintiff BEST SOLUTION EXPRESS, INC. hereby dismisses KINSALE INSURANCE COMPANY.

Respectfully submitted,

Plaintiff, BEST SOLUTION
EXPRESS INC.

By: /s/ *Adam C. Konopka*
      Adam C. Konopka

Adam C. Konopka (ARDC No. 6313268)
Matthew E. Luecke (ARDC No. 6270187)
Carly J. Ross (ARDC No. 6342635)
CHARTWELL LAW
225 W. Washington Street, Suite 1550
Chicago, IL 60606
Telephone: (312) 910-8680
Primary E-service: eserviceChicago@chartwelllaw.com
Secondary E-service: akonopka@chartwelllaw.com
Secondary E-service: mluecke@chartwelllaw.com
Secondary E-service: cross@chartwelllaw.com

## **CERTIFICATE OF FILING**

      Under penalty of perjury as provided by law pursuant to 28 U.S.C.§1746 of the Judiciary and Judicial Procedure, the undersigned non-attorney hereby certifies that the foregoing document was electronically filed with the United States District Court for the Northern District of Illinois by using the Pacer CM/ECF System on April 25, 2025.

      /s/ *Kimberly Porter*
      kporter@chartwelllaw.com