**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BEST SOLUTION EXPRESS INC.,<br><br>Plaintiff,<br>v.<br><br>KINSALE INSURANCE COMPANY and COALITION INSURANCE SOLUTIONS, INC.,<br><br>Defendants. | No. 1:25-cv-03367 |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

NOW COMES Plaintiff, BEST SOLUTION EXPRESS INC., by and through its attorney, Adam C. Konopka of The Chartwell Law Offices, LLP, and in support of its Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a), states as follows:

1. Plaintiff filed its Complaint on March 28, 2025.

2. Defendant Kinsale Insurance Company was previously voluntarily dismissed from this action.

3. Defendant Coalition Insurance Solutions, Inc. has not filed an answer or a motion for summary judgment. Accordingly, Plaintiff may dismiss this action without a court order under Rule 41(a)(1)(A)(i).

4. Plaintiff now moves to dismiss this action with prejudice, pursuant to a settlement agreement reached by the parties, with each party to bear its own costs and attorneys' fees.

5. No party will be prejudiced by dismissal.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees, strike all future court dates, and grant such other relief as this Court deems just and proper.

Respectfully submitted,

Plaintiff, BEST SOLUTION
EXPRESS INC.

By: /s/ *Adam C. Konopka*
Adam C. Konopka

Adam C. Konopka (ARDC No. 6313268)
Matthew E. Luecke (ARDC No. 6270187)
Carly J. Ross (ARDC No. 6342635)
CHARTWELL LAW
225 W. Washington Street, Suite 1550
Chicago, IL 60606
Telephone: (312) 910-8680
Primary E-service: eserviceChicago@chartwelllaw.com
Secondary E-service: akonopka@chartwelllaw.com
Secondary E-service: mluecke@chartwelllaw.com
Secondary E-service: cross@chartwelllaw.com

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

Under penalty of perjury as provided by law pursuant to 28 U.S.C.§1746 of the Judiciary and Judicial Procedure, the undersigned non-attorney hereby certifies that the foregoing document was electronically filed with the United States District Court for the Northern District of Illinois by using the Pacer CM/ECF System and was served upon the addressee(s) set forth below as required by Fed.R.Civ.P. 5(a) in a manner authorized by Fed.R.Civ.P. 5(b) and (c) on November 25, 2025.

/s/ *Kristina N. McClendon*
kmcclendon@chartwelllaw.com